# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152957 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

VALIANT LEON WHITE, JR.,
          Defendant-Appellant.

SC: 152957
COA: 329797
Wayne CC: 91-004044-FC

_____/

On order of the Court, the application for leave to appeal the December 16, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



a1017

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk